# UNITED STATES BANKRUPTCY COURT
District of Arizona

# NOTICE TO PARTY FILING MOTION OR OTHER DOCUMENT

CASE NAME:   VERONIKA PAUL
CASE NUMBER/ADVERSARY NUMBER:   2:09–bk–25430–CGC
DOCKET NUMBER:   16
DOCUMENT FILING DATE:   11/10/2009
DOCUMENT TITLE:   Declaration of Evidence of Employer Payments

TO:                              Veronika Paul

The document you have filed cannot be further processed until you comply with the following. **Return a copy of this memorandum with any subsequent documents submitted.**

- ☐ The case has been dismissed. Your pleading(s) has been docketed and filed. However, no further action will be taken until the case is reinstated.

- ☐ The case has been closed. Your pleading(s) has been docketed and filed. However, no further action will be taken until the case is reopened. To reopen the case, you must file a motion to reopen.

- ☐ To file an objection to your debt being discharged or to object to the debtor(s) discharge, you must file an adversary complaint and pay a $250.00 filing fee.

- ☐ The Chapter 7 Individual Debtor Statement of Current Monthly Income you filed is incomplete. Neither the Presumption arises nor the Presumption does not arise boxes on the top of the first page were checked. One of these boxes must be checked. You must re–file this document with one of these boxes checked or your discharge may not be granted.

- ☐ You have filed a certification that you are not required to complete a personal financial management course because you are incapacitated or disabled as defined in 11 USC Section 109(h) or because you are on active military duty in a military combat zone. You did not attach any documentation that supports your certification. You need to submit supporting documentation so that your certification can be referred to the bankrupcty judge for a determination under Section 109(h). If you do not submit supporting documentation, you may not receive a discharge of your debts.

- ☐ Notice that reopened case may be re–closed. This case was reopened for further proceedings and 90 or more days have passed without the reopening party having filed a document to initiate the further proceedings or the reopening party has filed a pleading or other document but has taken no further action to have the matter determined by the court. The reopened case will be re–closed unless the reopening party files an appropriate document or takes further action within 30 days of the date of this notice.

- ☑ OTHER:   Local Rules requires the "Declaration of Employer Payments" cover page.

– – – NOTICE CONTINUES ON NEXT PAGE – – –

**Date: November 12, 2009**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **Brian D. Karth**
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov